IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*******************************************

LEE WOODARD, ESQ., as Trustee for the
Bankruptcy Estate of THOMAS G. SLEETH

                Plaintiff,

v.

THE UNITED STATES OF AMERICA

                Defendant.

*******************************************

Civil Action No.
5:03-CV-0317(NAM/GJD)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED** and **AGREED** by and between the parties to the above-captioned proceeding, through their respective undersigned attorneys, that this action shall be and hereby is dismissed, with prejudice and without costs, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

_____
JOSEPH S. COTE, III, ESQ.
Cote, Limpert & Van Dyke, LLP
214 North State Street
Syracuse, New York 13203
*Attorneys for Original Plaintiff
Thomas G. Sleeth, and Special Counsel
to the Trustee for the Bankruptcy Estate
of Thomas G. Sleeth*

Dated: April 30, 2008

5/1/08
SO ORDERED
[signature]
U.S.M.J.

_____
LEE WOODARD, ESQ., Trustee
for the Bankruptcy Estate of
Thomas G. Sleeth

GLENN T. SUDDABY
UNITED STATES ATTORNEY
Northern District of New York
PO Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198

_____
Paula Ryan Conan
Assistant U. S. Attorney
Bar Roll No. 102506
*Attorneys for the United States of America*